Exhibit A



Exhibit A

