EXHIBIT B



EXHIBIT B

